Gustave Becker, appellant, v. F. E. Bess, appellee. Gen. No. 7,675.

Suit for balance due on share farm lease. Judgment for plaintiff. Appeal from the Circuit Court of Whiteside county; the Hon. Nels A. Larson, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed December 11, 1926.

Harry H. Waite, for appellant; J. J. Ludens, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

Albert R. Newport, appellee, v. Bert C. Nicholson, appellant. Gen. No. 7,556.

Action for damage to automobile from collision with traction engine. Judgment for plaintiff. Appeal from the Circuit Court of Grundy county; the Hon. G. O. Dietz, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed December 15, 1926. Rehearing denied February 24, 1927.

J. W. Rausch, for appellant. Hayes, Munts & Young, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Leon D. Hofer, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 7,658.

Suit for personal injuries at railroad farm crossing. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed December 15, 1926.

J. A. Connell and Jack, Irwin & Jack, for appellant. McGrath, Stone & Daily, for appellee.

Mr. Justice Jett delivered the opinion of the court.

City of Lockport, defendant in error, v. John D. Meenan, plaintiff in error. Gen. No. 7,680.

Action to recover damages paid because of defendant's negligence. Judgment for plaintiff. Error to the Circuit Court of Will county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1926. Affirmed upon entry of remittitur, otherwise reversed and remanded. Opinion filed December 15, 1926.

Leslie H. Whipp, for plaintiff in error. Paul E. Prutsman and Snapp, Heise & Snapp, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois ex rel. L. Britt et al., appellees, v. L. H. Wicks, appellant. Gen. No. 7,685.

Petition for mandamus to compel school trustees to divide funds with detached district. Judgment directing division of funds. Appeal from the Circuit Court of Kendall county; the Hon. John K. Newhall, Judge, presiding. Heard in this court at the October term, 1926. Appeal dismissed. Opinion filed December 15, 1926.

C. A. Darnell and L. B. Olmstead, for appellant. John M. Raymond, for appellees.

Mr. Justice Jett delivered the opinion of the court,